# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2016

153643

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

ROWAN CHILDS, Personal Representative of
the Estate of CAROLYN CHILDS, deceased,
      Plaintiff-Appellee,

v

PROVIDENCE HOSPITAL AND MEDICAL
CENTERS, INC., ST. JOHN PROVIDENCE
HEALTH SYSTEM, VINAY K. MALVIYA,
M.D., P.C., and VINAY MALVIYA, M.D.,
      Defendants-Appellants.

SC: 153643
COA: 329296
Oakland CC: 2014-142914-NH

_____/

      On order of the Court, the application for leave to appeal the March 22, 2016 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2016



a1017

Clerk